UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kristyn Graham

    v.                           Case No. 10-cv-332-JL

NH State Prison for Women, et al.

### O R D E R

Plaintiff's request to proceed in forma pauperis is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $9.00 is due no later than September 13, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account to be remitted by the New Hampshire State Prison when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. It is plaintiff's responsibility to contact the appropriate official(s) at his/her incarcerating institution and request that the above-referenced filing fee be sent to the Court. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for in forma pauperis has been granted.

    SO ORDERED.

                                      /s/ Daniel J. Lynch
                                      Daniel J. Lynch
                                      United States Magistrate Judge

Date:  August 6, 2010

cc:  Bonnie S. Reed, Financial Administrator
     New Hampshire State Prison, Inmate Accounts