UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Kristyn Graham

        v.                              Civil No. 10-cv-00332-JL

New Hampshire State Prison
      for Women, Warden, et al.


                            **O R D E R**

        Although the court is inclined to approve the Report and

Recommendations, the bold faced portions of the petitioner's

objection set forth on pages 6-8 thereof might be construed as a

motion to amend the complaint.  In an abundance of caution due to

the petitioner's pro se status, the court refers the objection

(doc. no. 8) to Judge McCafferty to determine:  (a) whether that

portion of the objection should be so construed; (b) if so,

whether the proposed amendment would change the recommendation,

and (c) if so, how to proceed.



        **SO ORDERED.**

                                    _____
                                    Joseph N. Laplante
                                    United States District Judge


Dated:  December 16, 2010

cc:  Kristyn Graham, pro se