UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kristyn Graham

        v.                       Civil No. 10-cv-332-JL

NH State Prison for Women, Warden et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 15, 2010 , after due consideration of the objection filed, and the Further Report and Recommendation dated March 9, 2011, no objection having been filed.

    SO ORDERED.

4/4/2011                                        _____
                                              Joseph N. Laplante
                                              United States District Judge

cc:    Kristyn Graham, Pro se
        Karen A. Schlitzer, Esq.